JASON J. BACH, ESQ.
Nevada Bar No. 7984
MICHAEL L. MASCARELLO, ESQ.,
Nevada Bar No.: 10673
THE BACH LAW FIRM, LLC
7881 West Charleston, Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
       mmascarello@bachlawfirm.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRYAN KENNY and GERARD AZOULAY,<br><br>  Plaintiffs,<br><br>v.<br><br>TRADE SHOW FABRICATIONS WEST, INC., RON SUISSA, GLENN LEVY, DOES 1-50, and ROE Corporations 1-50,<br><br>  Defendants. | Case No.2:15-cv-410 |

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT GLENN LEVY'S MOTION TO DISMISS**
**(First Extension)**

IT IS HEREBY STIPULATED by and between Plaintiffs by and through their counsel Jason J. Bach, Esq., and Michael L. Mascarello, Esq., of The Bach Law Firm, LLC, and Defendants by and through their counsel Jason D. Smith, Esq., of Santoro Whitmire, that Plaintiffs shall be granted a fourteen (14) day extension up to and including July 23, 2015 to file their Opposition to

///

///

///

///

Defendant Glenn Levy's Motion to Dismiss.

| THE BACH LAW FIRM, LLC | SANTORO WHITMIRE |
|---|---|
| By: */s/ Michael L. Mascarello, Esq.* <br> JASON J. BACH, ESQ. <br> Nevada Bar No. 7984 <br> MICHAEL L. MASCARELLO, ESQ. <br> Nevada Bar No.: 10673 <br> THE BACH LAW FIRM, LLC <br> 7881 W. Charleston Blvd., Suite 165 <br> Las Vegas, NV 89117 <br> Tel: (702) 925-8787 <br> Fax: (702) 925-8788 <br> Attorneys for Plaintiff | By: */s/ Jason D. Smith, Esq.* <br> JASON D. SMITH, ESQ. <br> Nevada Bar No.: 9691 <br> SANTORO WHITMIRE <br> 10100 W. Charleston Blvd., Suite 250 <br> Las Vegas, NV 89135 <br> Tel: (702) 948-8771 <br> Fax: (702) 948-8773 <br> Attorney for Defendant Glenn Levy |

**ORDER**

Therefore, it is hereby stipulated and agreed, and therefore ORDERED that Plaintiffs' Opposition to Defendant Glenn Levy's Motion to Dismiss is now due ***July 23, 2015***.

Dated July 10, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

THE BACH LAW FIRM, LLC

By: */s/ Michael L. Mascarello, Esq.*
   JASON J. BACH, ESQ.
   Nevada Bar No. 7984
   MICHAEL L. MASCARELLO, ESQ.,
   Nevada Bar No.: 10673
   THE BACH LAW FIRM, LLC
   7881 W. Charleston Blvd., Suite 165
   Las Vegas, NV 89117
   Tel: (702) 925-8787
   Fax: (702) 925-8788
   Attorneys for Plaintiff