JASON D. SMITH, ESQ.
Nevada Bar No. 9691
jsmith@santoronevada.com
JAMES M. JIMMERSON, ESQ.
Nevada Bar No. 12599
jjimmerson@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:   702/948-8771
Facsimile:    702/948-8773

*Attorneys for Defendant Glenn Levy*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRYAN KENNY and GERARD AZOULAY;<br><br>Plaintiffs,<br><br>v.<br><br>TRADE SHOW FABRICATIONS WEST, INC., RON SUISSA, GLENN LEVY, DOES 1-50, and ROE Corporations 1-50;<br><br>Defendants, | Case No.:  2:15-cv-00410-JCM-(VCF) |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE A REPLY IN SUPPORT OF DEFENDANT GLENN LEVY'S MOTION TO DISMISS**
**(First Request)**

IT IS HEREBY STIPULATION and agreed by and between Plaintiffs BRYAN KENNY and GERARD AZOULAY (together "Plaintiffs") and Defendant GLENN LEVY ("Defendant"), by and through their respective undersigned counsel, that Defendant shall have to and including August 10, 2015 within which to file his Reply in response to Plaintiffs' Opposition [Dkt. #13], filed herein on July 23, 2015, to Defendant's Motion to Dismiss [Dkt #8] filed herein on June 22, 2015.

There have been no previous extensions of time with respect to Defendant's reply in response to Plaintiffs' Opposition to Defendant's Motion to Dismiss.  The parties previously

stipulated to an extension of time for the filing of Plaintiffs' opposition to Defendant's Motion to Dismiss. [Dkt. #11]

Dated this 31st day of July, 2015.

| SANTORO WHITMIRE | THE BACH LAW FIRM, LLC |
|---|---|
| By: */s/ Jason D. Smith* <br> Jason D. Smith (Nev. Bar No. 9691) <br> James M. Jimmerson (Nev. Bar No. 12599) <br> SANTORO WHITMIRE <br> 10100 W. Charleston Blvd., Suite 250 <br> Las Vegas, Nevada 89135 <br> Telephone: 702/948-8771 <br> Facsimile: 702/948-8773 <br> Email: jsmith@santoronevada.com <br>          jjimmerson@santoronevada.com <br><br> *Attorneys for Defendant Glenn Levy* | By: */s/ Jason J. Bach* <br> Jason J. Bach (Nev. Bar No. 7984) <br> Michael L. Mascarello (Nev. Bar No. 10673) <br> THE BACH LAW FIRM, LLC <br> 7881 W. Charleston Blvd., Suite 165 <br> Las Vegas, NV 89117 <br> Telephone: 702/925-8787 <br> Facsimile: 702/925-8788 <br> Email: jbach@bachlawfirm.com <br><br> *Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 4, 2015