1
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
2
jsmith@santoronevada.com
JAMES M. JIMMERSON, ESQ.
3
Nevada Bar No. 12599
jjimmerson@santoronevada.com
4
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
5
Las Vegas, Nevada 89135
Telephone:     702/948-8771
6
Facsimile:     702/948-8773

7
*Attorneys for Defendant Glenn Levy*

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10
BRYAN KENNY and GERARD AZOULAY;     Case No.:   2:15-cv-00410-JCM-(VCF)

11                      Plaintiffs,

12          v.

13
TRADE SHOW FABRICATIONS WEST,
INC., RON SUISSA, GLENN LEVY, DOES
14
1-50, and ROE Corporations 1-50;

15                      Defendants,

16

17          **STIPULATION AND ORDER TO EXTEND TIME TO FILE A PROPOSED**
                                **SCHEDULING ORDER**
18                                   **(First Request)**

19          IT IS HEREBY STIPULATED and agreed by and between Plaintiffs BRYAN KENNY

20   and GERARD AZOULAY (together "Plaintiffs") and Defendants GLENN LEVY, RON

21   SUISSA, and TRADE SHOW FABRICATIONS WEST, INC. (collectively, the "Parties"), by

22   and through their respective undersigned counsel, that the Parties require a two-week extension

23   from the date of this filing to submit a Proposed Scheduling Order.  The Parties have not

24   completed briefing on Defendant Levy's Motion to Dismiss (*docket no. 8*), which may form the

25   basis for a subsequent motion to stay discovery.  The Parties stipulate and agree that the

26   proposed extension is being sought to allow additional time to file a motion to stay discovery.

27   The Parties further stipulate and agree that any stay of discovery will not be prejudicial to any

28

SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250, Las Vegas, Nevada 89135
(702) 948-8771 – fax (702) 948-8773

party. Accordingly, the Parties stipulate shall have up to and including August 20, 2015 within which to submit a Proposed Scheduling Order.

There have been no previous extensions of time with respect to the Proposed Scheduling Order.

Dated this 6th day of August, 2015.

SANTORO WHITMIRE                          THE BACH LAW FIRM, LLC

By:  _/s/ Jason D. Smith_                     By:  _/s/ Jason J. Bach_
Jason D. Smith (Nev. Bar No. 9691)            Jason J. Bach (Nev. Bar No. 7984)
James M. Jimmerson (Nev. Bar No. 12599)       Michael L. Mascarello (Nev. Bar No. 10673)
SANTORO WHITMIRE                              THE BACH LAW FIRM, LLC
10100 W. Charleston Blvd., Suite 250          7881 W. Charleston Blvd., Suite 165
Las Vegas, Nevada 89135                       Las Vegas, NV 89117
Telephone:  702/948-8771                      Telephone:  702/925-8787
Facsimile:  702/948-8773                      Facsimile:  702/925-8788
Email:  jsmith@santoronevada.com              Email:  jbach@bachlawfirm.com
        jjimmerson@santoronevada.com

*Attorneys for Defendant Glenn Levy*             *Attorneys for Plaintiffs*

GARMAN TURNER GORDON LLP

By:  _/s/ Eric R. Olsen_
Eric R. Olsen (Nev. Bar No. 3127)
GARMAN TURNER GORDON LLP
650 White Dr., Suite 100
Las Vegas, Nevada 89119
Telephone:  725/777-3000
Facsimile:  725/777-3112
Email;  eolsen@gt.legal.com

*Attorneys for Defendants Trade Show*
*Fabrications West, Inc., and Ron Suissa*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____
        August 7, 2015

SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250, Las Vegas, Nevada 89135
(702) 948-8771 – fax (702) 948-8773

- 2 -