# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

BRYAN KENNY, *et al.*,

        Plaintiffs,

vs.

TRADE SHOW FABRICATIONS WEST, INC., *et al.*,

        Defendants.

Case No. 2:15–cv–410–JCM–VCF

**ORDER**

MOTION TO STAY DISCOVERY (#19)

On August 20, 2015, Defendants moved for a stay of discovery. After a meet and confer, the parties agreed that a stay of discovery is appropriate. *See* (Doc. #19 at 2:7, 3:17). To date, no opposition has been filed. This constitutes a consent to the granting of Defendants' motion. LR 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.").

The court also grants Defendants' motion on the merits. The underlying dispositive motion asserts that Plaintiffs' statutory claims fail because the relevant statutes do not provide for a private right of action. Therefore, good cause exists to enter a discovery stay. *See TradeBay, LLC v. Ebay, Inc.*, 278 F.R.D. 597, 600 (D. Nev. 2011).

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Defendants' Motion to Stay Discovery (#19) is GRANTED.

DATED this 15th day of September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE