JEFFREY GRONICH, ATTORNEY AT LAW, P.C.
Jeffrey Gronich, Esq. (#13136)
1810 E. Sahara Ave.
Suite 109
Las Vegas, Nevada 89104
Tel:   (702) 430-6896
Fax:  (702) 369-1290
jgronich@gronichlaw.com
*Attorneys for Defendant Glenn Levy*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN KENNY and GERALD AZOULAY,<br><br>Plaintiffs,<br><br>vs.<br><br>TRADE SHOW FABRICATIONS WEST, INC., Ron SUISSA, GLENN LEVY,<br><br>Defendants. | Case No. 2:15-cv-00410-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO PROVIDE A RESPONSIVE PLEADING** |

Defendants GLEN LEVY ("Levy"), TRADE SHOW FABRICATIONS WEST, INC. ("TSF") and RON SUISSA ("Suissa") (collectively "Defendants") and Plaintiffs BRYAN KENNY and GERALD AZOULAY ("Plaintiffs"), through their respective attorneys, stipulate and agree to extend the time for Defendants to respond to Plaintiffs' Amended Complaint.

///

///

///

///

///

Accordingly, Defendants shall have up to and including May 9, 2016 to respond to Plaintiffs' Complaint.

Dated: April 18, 2016

Respectfully submitted,

By: /s/ Jason Bach
Jason Bach, Esq.
The Bach Law Firm
7881 W. Chalreston Blvd.,
Suite 165
Las Vegas, NV 89117
*Attorneys for Plaintiffs*

Dated: April 18, 2016

Respectfully submitted,

By: /s/ Jeffrey Gronich
Jeffrey Gronich, Esq.
Jeffrey Gronich, Attorney at Law, P.C.
1810 E. Sahara Ave, Suite 109
Las Vegas, NV 89104
*Attorneys for Defendant Glenn Levy*

Dated: April 18, 2016

Respectfully submitted,

By: /s/ Eric R. Olsen
Eric R. Olsen, Esq.
Gordon & Silver, Ltd
3960 Howard Hughes Parkway
9th Floor
Las Vegas, NV 89109
*Attorneys for Defendants Ron Suissa & Trade Show Fabrications West, Inc.*

**IT IS SO ORDERED:**

Dated this 19th day of April, 2016

_____
UNITED STATES MAGISTRATE JUDGE