JASON J. BACH, ESQ.
Nevada Bar No. 7984
**THE BACH LAW FIRM, LLC**
7881 West Charleston, Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN KENNY and GERARD AZOULAY,<br><br>Plaintiffs,<br><br>v.<br><br>TRADE SHOW FABRICATIONS WEST, INC., RON SUISSA, GLENN LEVY, DOES 1-50, and ROE Corporations 1-50,<br><br>Defendants. | Case No. 2:15-cv-00410-JCM-VCF |

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS TRADE SHOW FABRICATIONS WEST, INC. AND RON SUISSA'S MOTION TO DISMISS AMENDED COMPLAINT**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs BRYAN KENNY and GERARD AZOULAY, by and through their counsel Jason J. Bach, Esq., of The Bach Law Firm, LLC, and Defendants TRADE SHOW FABRICATIONS WEST, INC., and RON SUISSA, by and through their counsel, Eric R. Olsen, Esq., of Garman Turner Gordon, LLP, that Plaintiffs shall be granted an extension of time from May 29, 2016, up to and including June 9, 2016, to file an Opposition to Defendants Trade Show Fabrications West, Inc., and Ron Suissa's Motion to Dismiss Amended Complaint [Docket No. 28], filed with the court on May 12, 2016.

This is Plaintiffs' first request for an extension of time to file an Opposition to Defendants Trade Show Fabrications West, Inc. and Ron Suissa's Motion to Dismiss Plaintiffs' Amended

Complaint. The request is necessary to allow the parties additional time to discuss possible settlement and/or to allow Plaintiffs additional time to file an Opposition, if settlement is not reached.

Respectfully submitted,                                                  Respectfully submitted,

By  */s/ Jason J. Bach*                                                  By  */s/ Eric R. Olsen*
    JASON J. BACH, ESQ.                                                      ERIC R. OLSEN, ESQ.
    Nevada Bar No. 7984                                                      Nevada Bar No. 3127
    THE BACH LAW FIRM, LLC                                                   GARMAN TURNER GORDON
    7881 W. Charleston Blvd., Suite 165                                      650 White Drive, Suite 100
    Las Vegas, Nevada 89117                                                  Las Vegas, Nevada 89119
    Telephone: (702) 925-8787                                                Telephone: (725) 777-5000
    Facsimile: (702) 925-8788                                                Facsimile: (725) 777-3112
    *Attorney for Plaintiffs*                                                *Attorney for Defendants Trade Show Fabrications, Inc., and Ron Suissa*

## ORDER

WHEREFORE, it is hereby stipulated and agreed, and therefore ORDERED that Plaintiffs' Opposition to Defendants Trade Show Fabrications West, Inc., and Ron Suissa's Motion to Dismiss Amended Complaint is now due to be filed no later than ***June 9, 2016***.

DATED June 8, 2016.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**THE BACH LAW FIRM, LLC**

By  */s/ Jason J. Bach*
    JASON J. BACH, ESQ.
    Nevada Bar No. 7984
    7881 W. Charleston Blvd., Suite 165
    Las Vegas, Nevada 89117
    Telephone: (702) 925-8787
    Facsimile: (702) 925-8788
    *Attorney for Plaintiffs*