JASON J. BACH, ESQ.
Nevada Bar No. 7984
**THE BACH LAW FIRM, LLC**
7881 West Charleston, Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN KENNY and GERARD AZOULAY,<br><br>Plaintiffs,<br><br>v.<br><br>TRADE SHOW FABRICATIONS WEST, INC.,<br>RON SUISSA, GLENN LEVY, DOES 1-50, and<br>ROE Corporations 1-50,<br><br>Defendants. | Case No. 2:15-cv-00410-JCM-VCF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS GLENN LEVY AND RON SUISSA AND FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TRADE SHOW FABRICATIONS WEST, INC.

COME NOW, Plaintiffs BRYAN KENNY and GERARD AZOULAY, by and through their undersigned counsel, Jason J. Bach, Esq., of The Bach Law Firm, LLC, Defendants, TRADE SHOW FABRICATIONS WEST, INC. and RON SUISSA, by and through their undersigned counsel, Eric R. Olsen, Esq., of Garman Turner Gordon, LLP, and Defendant GLENN LEVY, by and through his undersigned counsel, Jeffrey Gronich, Esq., of Jeffrey Gronich, Attorney at Law, P.C., hereby stipulate that the above-entitled matter against (i) Defendants RON SUISSA and GLENN LEVY may be dismissed with prejudice, and (ii) Defendant TRADE SHOW FABRICATIONS WEST, INC., shall be dismissed without prejudice.  All parties are to bear their own costs and attorney's fees.

///

Respectfully submitted,                    Respectfully submitted,

By___*/s/ Jason J. Bach*_____        By___*/s/ Eric R. Olsen*_____
   JASON J. BACH, ESQ.                       ERIC R. OLSEN, ESQ.
   Nevada Bar No. 7984                       Nevada Bar No. 3127
   THE BACH LAW FIRM, LLC                    GARMAN TURNER GORDON
   7881 W. Charleston Blvd., Suite 165       650 White Drive, Suite 100
   Las Vegas, Nevada 89117                   Las Vegas, Nevada 89119
   Telephone: (702) 925-8787                 Telephone: (725) 777-5000
   Facsimile: (702) 925-8788                 Facsimile: (725) 777-3112
   *Attorney for Plaintiffs*                    *Attorney for Defendants Trade Show*
                                                            *Fabrications, Inc., and Ron Suissa*

Respectfully submitted,

By_*/s/ Jeffrey Gronich*_____
   JEFFREY GRONICH, ESQ.
   Nevada Bar No. 13136
   JEFFREY GRONICH, ATTORNEY AT LAW, P.C.
   1810 E. Sahara Avenue, Suite 109
   Las Vegas, Nevada 89104
   Telephone: (702) 430-6896
   Facsimile: (702) 369-1290
   *Attorney for Defendant Glenn Levy*

## <u>ORDER</u>

Based upon the foregoing Stipulation by the parties, and good cause appearing therefor, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that all claims in the above-entitled matter be dismissed with prejudice against Defendants RON SUISSA and GLENN LEVY.

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims in the above-entitled matter be dismissed without prejudice against TRADE SHOW FABRICATIONS WEST, INC.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all parties are to bear their own costs and attorney's fees.

DATED June 16, 2016.

_____
UNITED STATES DISTRICT JUDGE

1

Respectfully submitted by:

2

**THE BACH LAW FIRM, LLC**

3

By_____*/s/ Jason J. Bach*_____

4

    JASON J. BACH, ESQ.
    Nevada Bar No. 7984

5

    7881 W. Charleston Blvd., Suite 165
    Las Vegas, Nevada 89117

6

    Telephone: (702) 925-8787
    Facsimile: (702) 925-8788

7

    *Attorney for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27